# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ROBERT EARLE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD L. MORGAN, et al.,<br><br>Defendants. | CASE NO. C16-5738 BHS-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 130. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

ORDER - 1

(1) The R&R is **ADOPTED**;

(2) Plaintiff's application to proceed *in forma pauperis*, Dkt. 116, is **DENIED**; and

(3) The Clerk is directed to send copies of this Order to Plaintiff.

Dated this 29th day of January, 2019.

BENJAMIN H. SETTLE
United States District Judge