DISTRICT JUDGE BENJAMIN H. SETTLE
MAGISTRATE JUDGE THERESA L. FRICKE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ROBERT EARLE JOHNSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>RICHARD MORGAN, et al.,<br><br>　　　　　　　　　　Defendants. | NO. 3:16-cv-05738-BHS-KLS<br><br>NOTICE OF SETTLEMENT |

The Defendant, FORREST MEWES, respectfully notifies the court that settlement has been reached between the parties in the above-captioned matter pursuant to LCR 11(b). The parties are processing the settlement paperwork. A Stipulated and Order for Dismissal will be forthcoming.

RESPECTFULLY SUBMITTED this 24th day of July, 2019.

ROBERT W. FERGUSON
Attorney General
s/ John C. Dittman
JOHN C. DITTMAN, WSBA #32094
Assistant Attorney General
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123
John.Dittman@atg.wa.gov

NOTICE OF SETTLEMENT
NO. 3:16-cv-05738-BHS-KLS

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

# CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Settlement to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

ROBERT EARLE JOHNSON, DOC #126696
COYOTE RIDGE CORRECTIONS CENTER
PO BOX 769
CONNELL WA 99326-0769
Email: doccrccinmatefederal@doc1.wa.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 24th day of July, 2019, at Spokane, Washington.

s/ Patty Willoughby
PATTY WILLOUGHBY
Legal Assistant III
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123
Patty.Willoughby@atg.wa.gov

NOTICE OF SETTLEMENT
NO. 3:16-cv-05738-BHS-KLS

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123