DISTRICT JUDGE BENJAMIN H. SETTLE
MAGISTRATE JUDGE THERESA L. FRICKE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT EARLE JOHNSON,<br><br>  Plaintiff,<br><br>v.<br><br>RICHARD MORGAN, et al.,<br><br>  Defendants. | NO. 3:16-cv-05738-BHS-KLS<br><br>STIPULATION AND ORDER FOR DISMISSAL |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, ROBERT EARLE JOHNSON, appearing *Pro Se*, and Defendants by and through their attorneys of record, ROBERT W. FERGUSON, Attorney General, and JOHN C. DITTMAN, Assistant Attorney

STIPULATION AND ORDER FOR DISMISSAL
NO. 3:16-cv-05738-BHS-KLS

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

General, that the parties to this action seek dismissal of the Complaint, with prejudice, in accordance with the Settlement Agreement entered in the above-entitled action.

DATED this 14th day of ~~July~~ August, 2019.   DATED this 18th day of July, 2019.

_____      _____
JOHN C. DITTMAN, WSBA #32094         ROBERT EARLE JOHNSON, DOC #126696
Assistant Attorney General           Plaintiff, *Pro Se*
Attorneys for Defendant

## ORDER

THIS MATTER having come before this Court on the stipulation of the parties, and requesting a dismissal, with prejudice, of his claims between the Plaintiff, ROBERT EARLE JOHNSON, and Defendants have been fully settled and compromised, and the Court having been advised in the premises, now, therefore,

**IT IS HEREBY ORDERED**, that Plaintiff ROBERT JOHNSON'S claims against the Defendants in the above-referenced cause of action, are hereby dismissed with prejudice on the condition that the parties comply with the conditions and terms of the Settlement Agreement as agreed by the parties in the Release and Settlement Agreement. This court shall retain jurisdiction to determine any questions arising from the settlement agreement.

DATED this _____ day of July, 2019.

_____
JUDGE BENJAMIN H. SETTLE
United States District Court
STIPULATION AND ORDER FOR DISMISSAL
NO. 3:16-cv-05738-BHS-KLS

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123